UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 17-25228
)
VIRGINIA ROJAS-GARCIA ) Chapter: 13
)
) Honorable Pamela S. Hollis
) Joliet
Debtor(s) )

### ORDER VACATING ORDER GRANTING RELIEF FROM STAY

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Order Granting Relief from Stay, Docket #32, is vacated.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 08, 2017

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100